# Third District Court of Appeal

## State of Florida

Opinion filed March 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2502
Lower Tribunal No. 10-55874
_____

## Delio Trasobares and Blanca Trasobares,
Appellants,

vs.

## Tower Hill Select Insurance Company,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan S. Fine and Rodolfo Ruiz, Judges.

Shahady & Wurtenberger, P.A., and John J. Shahady (Fort Lauderdale); Duboff Law Firm, and Kenneth R. Duboff, for appellants.

Wallen | Kelley, and Todd L. Wallen, for appellee.

Before SCALES, LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed.